UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMILIO FUSCO
    Petitioner,

v.

FEDERAL BUREAU OF PRISONS,
Harley Lappin, Director BOP;
T.S. Craig, Warden, FCI Raybrook;
    Respondents,

Civ. No.
Crim. No. 3:03 30036-002

PETITION PURSUANT TO 28
USC § 2241; 1651; 2201; 1361.

05-10953 JLT

Referred to MJ JGDein

COMES NOW, Emilio Fusco, the petitioner in the above captioned matter, hereby moves this Honorable Court, the United States District Court, for the District of Massachusetts, for an Order, made pursuant to 28 U.S.C. § 2241; 1651; 2201; and 1351; to Compel the Bureau of Prisons, to disregard the December 20, 2002 Memorandum, which limits placement within a Community Corrections Center, to last last 10 per-centum of an inmates' period of incarceration. The relief requested herein, is supported by a Memorandum of Law with citations of authority which supports the petitioner's requested relief.

Respectfully,

Emilio Fusco
Emilio Fusco
02689-748
FCI Raybrook
P.O. Box 900
Raybrook, NY
12977