UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMILIO FUSCO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10953-JLT |
| | ) | |
| FEDERAL BUREAU OF PRISONS; | ) | |
| HARLEY LAPPIN, in his official | ) | |
| capacity as Director of the | ) | |
| Federal Bureau of Prisons; T.S. | ) | |
| CRAIG, Warden, FCI RAYBROOK, | ) | |
| Respondents | ) | |

ORDER OF DISMISSAL

In accordance with this Court's order dated May 20, 2005, it is ORDERED that the

within action be and it is hereby dismissed in its entirety.

SARAH ALLISON THORNTON
CLERK OF COURT

Dated: May 25, 2005           By     s/ Barbara Morse
                                     Deputy Clerk